UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GALAXY RECORDS, LLC,

                Plaintiff,

   -against-

PATTERSON, et al.,

                Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

07 Civ. 6847 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days. If such an application is made, the conference that had been scheduled for April 18, 2008, will be rescheduled.

SO ORDERED.

Dated: New York, New York
       April 16, 2008

                                                        GERARD E. LYNCH
                                                    United States District Judge